In re  **Tradewell, Inc.**, Case No. **01 B 16568 (PCB)**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**8** continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re  **Tradewell, Inc.**                                          , Case No. **01 B 16568 (PCB)**
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Nenita Balocating**<br>**372 Ege Avenue**<br>**Jersey City, NJ 07304** | | - | | | | | **2,000.00** | **2,000.00** |
| Account No.<br>**Nestor Balocating**<br>**372 Ege Avenue**<br>**Jersey City, NJ 07304** | | - | | | | | **3,000.00** | **3,000.00** |
| Account No.<br>**Timothy Barker**<br>**205 Olean Avenue**<br>**Jersey City, NJ 07306** | | - | | | | X | **2,291.67** | **2,291.67** |
| Account No.<br>**Sandra Beitz**<br>**1020 Park Avenue**<br>**Apt. 20-21B**<br>**New York, NY 10028** | | - | | | | | **2,166.67** | **2,166.67** |
| Account No.<br>**Carolyn F. Bellina**<br>**163-16 90th Street**<br>**Howard Beach, NY 11414** | | - | | | | | **1,458.33** | **1,458.33** |

Sheet __1__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  **10,916.67**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re **Tradewell, Inc.** , Case No. **01 B 16568 (PCB)**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Karen Engelhardt 3428 Carey Lane Baldwin Harbor, NY 11510 | | - | | | | | 1,208.33 | 1,208.33 |
| Account No. Sharon A. Engelhardt 3428 Carey Lane Baldwin Harbor, NY 11510 | | - | | | | X | 1,072.50 | 1,072.50 |
| Account No. Arthur Forman 280 Hampton Green Staten Island, NY 10312 | | - | | | | X | 0.00 | 0.00 |
| Account No. Sunanda Gupta 7000 Boulevard East, #30A Guttenberg, NJ 07093-4867 | | - | | | | | 2,000.00 | 2,000.00 |
| Account No. Joyce Hudnell 114-18 135th Street Jamaica, NY 11420 | | - | | | | X | 0.00 | 0.00 |

Sheet **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  **4,280.83**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Tradewell, Inc.**, Case No. **01 B 16568 (PCB)**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY: **Wages, salaries, and commissions**

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Michael Hutton**<br>**207 Canterbury Drive**<br>**Lagrange, GA 30241** | - | | | | | | **5,416.67** | **4,650.00** |
| Account No.<br>**Loretta Ignozzi**<br>**845 3rd Avenue**<br>**16th Floor**<br>**New York, NY 10022** | - | | | | | | **2,916.67** | **2,916.67** |
| Account No.<br>**Crystal Jones**<br>**204 Cumberland Drive**<br>**Lagrange, GA 30240** | - | | | | | | **1,141.67** | **1,141.67** |
| Account No.<br>**Kirk Jones**<br>**899 Greene Avenue**<br>**Brooklyn, NY 11221** | - | | | | | | **1,875.00** | **1,875.00** |
| Account No.<br>**Roseann Korzelius**<br>**19 Center Hill Rd.**<br>**Monroe, NY 10950** | - | | | | | X | **2,500.00** | **2,500.00** |

Sheet **3** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **13,850.01**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **Tradewell, Inc.**, Case No. **01 B 16568 (PCB)**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Christopher Osborne 5 Jennifers Path Westhampton Beach, NY 11978 | | - | | | | | 1,875.00 | 1,875.00 |
| Account No. Janis Piazza 7 Carriage PL Edison, NJ 08820 | | - | | | | | 4,833.34 | 4,650.00 |
| Account No. Ted Ruback 15 Wild Birch Farms Cortlandt Manor, NY 10567 | | - | | | | | 7,500.00 | 4,650.00 |
| Account No. Lorena Simko 116 Windsor Terrace Yonkers, NY 10701 | | - | | | | | 583.33 | 583.33 |
| Account No. Gracie Steinberg 733 Park Avenue New York, NY 10021 | | - | | | | | 6,250.00 | 4,650.00 |

Sheet **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) **21,041.67**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Tradewell, Inc.** , Case No. **01 B 16568 (PCB)**
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Wages, salaries, and commissions**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paul B. Steinberg<br>455 Spring Drive<br>Yorktown Heights, NY 10598 | - | | | | | X | 5,166.67 | 4,650.00 |
| Account No.<br><br>Victoria Ward<br>260 E. 78th Street<br>New York, NY 10021-2037 | - | | | | | | 2,200.00 | 2,200.00 |
| Account No.<br><br>Irwin W. Weiner<br>21-36 Hazen Street<br>Astoria, NY 11370 | - | | | | | X | 0.00 | 0.00 |
| Account No.<br><br>Martha Ann Wells<br>83 Post Oak Drive<br>Lagrange, GA 30240 | - | | | | | X | 2,500.00 | 2,500.00 |
| Account No.<br><br>Brenda Williams<br>114-43 226th Street<br>Cambria Heights, NY 11411 | - | | | | | | 2,816.67 | 2,816.67 |

Sheet **5** of **8** continuation sheets attached to　　　Subtotal　　　**12,683.34**
Schedule of Creditors Holding Unsecured Priority Claims　(Total of this page)

In re   **Tradewell, Inc.**                                              , Case No. __01 B 16568 (PCB)__
                             Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Wages, salaries, and commissions__
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joyce Winnick**<br>**14 Jade Lane**<br>**Lopatcong Township, NJ 08865** | - | | | | | X | **3,750.00** | **3,750.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __6__ of __8__ continuation sheets attached to   Subtotal
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   **3,750.00**

In re **Tradewell, Inc.** , Case No. **01 B 16568 (PCB)**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Georgia Dept. of Labor**<br>**1002 Longley Place**<br>**Lagrange, GA 30240** | | - | | | | | **Unknown** | **Unknown** |
| Account No.<br>**IRS - Dept. of the Treasury**<br>**Holtsville, NY 00501** | | - | | | | | **Unknown** | **Unknown** |
| Account No.<br>**New Jersey Dept. of Labor**<br>**60 State Street**<br>**Hackensack, NJ 07601-5427** | | - | | | | | **Unknown** | **Unknown** |
| Account No.<br>**NYC Dept. of Finance**<br>**Bankruptcy & Assignment Unit**<br>**345 Adams Street, 10th Flr.**<br>**Brooklyn, NY 11201** | | - | | | | | **Unknown** | **Unknown** |
| Account No.<br>**NYS Dept of Taxation & Finance**<br>**Bankruptcy Section**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | | - | | | | X | **Unknown** | **Unknown** |

Sheet **7** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Tradewell, Inc.** , Case No. **01 B 16568 (PCB)**
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NYS Dept. of Labor<br>345 Hudson Street<br>P.O. Box 675<br>New York, NY 10014-0675 | | - | Wages claims for Roseann Korzelius, Timothy Barker, Carolyn Bellina | | | X | Unknown | Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **8** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **66,522.52**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy