# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:

TRADEWELL, INC.

Debtor,

Case No. 01-16568 PCB

Chapter 7

*ORDER DIRECTING PAYMENT*

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Cox Radio, Inc. d/b/a WSB-FM, et al is entitled to an unclaimed dividend in the amount of $11,503.47.

**NOW** it is

**ORDERED**, that the United States Treasury, by check, pay to Cox Radio, Inc. d/b/a WSB-FM, et al, c/o Lawrence S. Burnat, Schreeder, Wheeler & Flint, LLP, 1100 Peachtree St., NE, Suite 800, Atlanta, Georgia 30309, in the amount of $11,503.47 as such corporation's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

9/20/10

/s/ Arthur J. Gonzalez
UNITED STATES BANKRUPTCY JUDGE