# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---

In re:                   Case No. 01-16568 PCB

                       Chapter 7

**TRADEWELL, INC.**

                       *ORDER DIRECTING PAYMENT*

                       Fund 6047BK/6133BK
Debtor,                Unclaimed Dividends Transferred
                       To United States Treasury

---

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Georgia Television Company, Inc. d/b/a WSB-TV is entitled to an unclaimed dividend in the amount of $2,764.63.

**NOW** it is

**ORDERED,** that the United States Treasury, by check, pay to Georgia Television Company, Inc. d/b/a WSB-TV c/o Lawrence S. Burnat, Schreeder, Wheeler & Flint, LLP, 1100 Peachtree St., NE, Suite 800, Atlanta, Georgia 30309, in the amount of $2,764.63 as such corporation's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

_9/20/11_                                       /s/ Arthur J. Gonzalez
                                                          UNITED STATES BANKRUPTCY JUDGE