**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

--------------------------------------------------------------x

In re: Tradewell, Inc.

Case No. 01-16568 PCB
Chapter 7
**ORDER DIRECTING PAYMENT**

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

--------------------------------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that

(Name) National Cable Communications

is entitled to an unclaimed dividend in the amount of $ 3,890.18 .

**NOW** it is

**ORDERED**, that the United States Treasury, by check, pay to

(Name) Communications Credit & Recovery Corp as agent for National Cable Communications

in the amount of $ 3,890.18 as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

3/24/11

Bankruptcy Judge